IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02051-MEH

DANIELLE FRYE, parent of JA (minor child) and JO (minor child),

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5, its Cimarron Elementary School, and DIANA ROYBAL, in her official capacity as Principal,

    Defendants.

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Notice of Plaintiff's Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed August 22, 2014; docket # 17]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 25th day of August, 2014.

                                                BY THE COURT:

                                                */s/ Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge