IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   14-cv-02051 – MEH | Date:   September 22, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

| | |
|---|---|
| DANIELLE FRYE | John W. McKendree |
|       Plaintiff, | |
| vs. | |
| CHERRY CREEK SCHOOL DISTRICT NO. 5, ET AL | Courtney Kramer |
| | Eric Ziporin |
|       Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   2:09 p.m.**

Court calls case.   Appearance of counsel.

Plaintiff, Danielle Frye, and her husband addressed the Court.

**ORDERED:**   The First MOTION to Withdraw *As the Undersigned* by Plaintiff Danielle Frye [document #25] is GRANTED.


**Court in recess:   2:50 p.m.**
**Hearing concluded.**
**Total time in court:**   0:41

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.